ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     FELONY INFORMATION

          - v. -             :     05 Cr. 0956 (CLB)

SEAN WILSON,                      :
   a/k/a "B. Watson,"
                             :
          Defendant.
                             :
- - - - - - - - - - - - - - - - x



COUNT ONE

       The United States Attorney charges:

       At least on or about February 6, 2004, in the Southern District of New York, SEAN WILSON, a/k/a "B. Watson," the defendant, unlawfully, willfully, and knowingly did possess computer disks and other matter that contained a visual depiction, the producing of which involved the use of a minor engaging in sexually explicit conduct, and which had been mailed, shipped and transported in interstate and foreign commerce, and which had been produced using materials which had been so mailed, shipped, and transported, by any means including by computer, to wit, WILSON possessed more than 10 computer files containing child pornography on the hard drive of his computer.

       (Title 18, United States Code, Section 2252(a)(4)(B).)

                                                  _____
                                                  MICHAEL J. GARCIA
                                                  United States Attorney