UNITED STATES DISTRICT COURT
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601
TEL: 914-390-4127

*CHAMBERS OF THE HONORABLE*
*MARK D. FOX U.S. MAGISTRATE JUDGE*

# MEMORANDUM



DATE October 07, 2005

TO: Honorable Charles L. Brieant

FROM: Mark D. Fox, U.S. Magistrate Judge

RE: Transcript of Guilty Plea

On **September 14, 2005,** the Rule 11 allocution was completed in the matter of **United States of America v Sean Wilson, 05CR0956(CLB)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration.

If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted

Mark D. Fox
U.S. Magistrate Judge

