UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against

05 CR 964
~~05CR0956~~(CLB)

SEAN WILSON            ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT. J

       The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, September 14, 2005 is approved and accepted.

       The Clerk of the Court is directed to enter the plea.

Dated: October 24, 2005
White Plains, N.y.

                                         SO ORDERED:

                                         CHARLES L. BRIEANT
                                         UNITED STATES DISTRICT JUDGE

