January 25, 2006

Honorable Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York, 10601

Re: Unites States v Sean Wilson (04 M219)

05 CR 964 (CLB)

Dear Judge Brieant,

We are writing this short letter to you with the hope that you might intervene in a situation that has arisen as of today.

As you may remember from your files, you sentenced our son to 18 months at FMC Devens in MA on Jan. 05, 2006. You said from your bench that you saw no reason to string this out, and that the incarceration would begin on Jan. 26th, 2006.

Sean and his attorney went downstairs to the U S Marshall's office as soon as court adjourned so that he could be fingerprinted for admittance to the FMC Devens 3 weeks later. (01/26/06)

In the mean time, Sean and his wife have made the best of things. He resigned from his job at Orange/Rockland Elect. effective Jan 20, 2006. She took off this entire week from her job so that they could spend as much time as possible together. He tied up as many loose ends as possible, such as calling his brothers to say goodby, etc. He cancelled the insurance on his automobile and cancelled his cell phone.

Last night, his attorney called to see if Sean had received his <u>notice of designation</u> papers from the Bureau of Prisons. Sean asked what he meant, as he was not aware of the paper process and wasn't waiting for any papers. We had planned to drive Sean and his wife to MA tomorrow morning for him to start his sentence.

Long story short, there were no papers coming as the U S Marshall's office, by mistake, had not sent his fingerprints to FMC Devens for processing so he now has to wait until March 9th to be entered into the system!

We am not sure who is at fault here, but he now has 6 weeks to sit around, six weeks that he could have been earning his salary and six weeks added onto the end of his sentence.

Can anything be done here? We hope that you see the complications that have arisen here and we hope that a phone call from you or your office or some type of correspondence might either hasten his departure or lessen the length of his sentence.

Yours truly,

H. Michael Wilson and Kathryn E. Wilson

cc: Michael Burke, esq.

# Telefax Cover Sheet

To: Hon. Charles L. Brieant

Company: _____

Fax Number: 1-914-390-4085

Date: 1/26/06

From: Michael Wilson

## Wilson's Interiors
## 14 South Street
## Morristown, NJ 07960

Telephone: (973)539-2440
Fax Number: (973)539-2442
www.wilsonsinteriors.com

Message:
_____
_____
_____
_____
_____
_____
_____

Total number of pages including cover sheet: 2